IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT
OF WEST VIRGINIA

FILED
JAN 13 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

CLEVELAND THOR ADAMS,            ) Civil Action No.
            PLAINTIFF,            )
v                                 )
BANKSON, SPANKS, et al.,          ) 3:20-cv-7
            DEFENDANTS.           )

Groh
Trumble
Sims

## MOTION TO REOPEN CASE NUMBER AS REMEDY ACCESS IS STILL UNAVAILABLE AND ACCESS TO COURTS IS BEING DENIED

COMES NOW, Plaintiff Above is AGAIN requesting the Clerk of Court to resend court approved Bivens form as USP staff interfered with Plaintiffs access to courts from 9-16-19 to NOW by separating Plaintiff from legal Documents and moving Plaintiff from USP to FCI SHU which is being used as a TRANSEG unit, where USP unit C-2/All USP staff does NOT make weekly rounds denying complete Remedy Access. I have been Sexually Assaulted, excessively assaulted, denied prompt medical care (insulin, pills), denied prompt psychological/mental health care, denied Due Process of Law, Retaliated Against for petitioning government for redress. A restraining order is necessary.

DATED JANUARY 8, 2020 at West Virginia.

I, Plaintiff, Cleveland Thor Adams, declare under penalty that the above is correct to the best of my knowledge and belief. 18 USC 1746.